UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**VS.**                                       **CRIMINAL ACTION NUMBER 3:10CR-51-CRS**

**KERRY DICKERSON - 5**                                           **DEFENDANT**

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by the Defendant to Counts 1 and 2 of the Second Superseding Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **MARCH 22, 2013, at 11:00 a.m.**, United States Courthouse, Louisville, Kentucky.

December 10, 2012

**Charles R. Simpson III, Judge
United States District Court**

Copies to:
United States Attorney
U.S. Probation Officer
Counsel for Defendant