UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                        PLAINTIFF

VS.                              CRIMINAL ACTION NUMBER 3:10CR-51-CRS

KERRY DICKERSON - 5                             DEFENDANT

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

       Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by the Defendant to Counts 1 and 2 of the Second Superseding Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

       Sentencing is hereby scheduled for **MARCH 22, 2013, at 11:00 a.m.**, United States Courthouse, Louisville, Kentucky.

December 10, 2012

                                                 **Charles R. Simpson III, Judge**
                                                 **United States District Court**

Copies to:
United States Attorney
U.S. Probation Officer
Counsel for Defendant